# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 3:15-mj-0014CMK

David C. Brown

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: None
ADDRESS: PO Box _____
Berry Creek   Cal   95916
CITY   STATE   ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: June 23, 2015    David Brown
                        DEFENDANT'S SIGNATURE

As to Counts 2 & 3:
YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING: 2 years summary court probation;
[X] Fine: $ 490.00  and a penalty assessment of $ 10.00  for a TOTAL
AMOUNT OF: $ 500.00  within _____ days/months; or payments of $ 50.00 per month, commencing July 1, 2015 and due on the first of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____
Counts 1 & 4 Dismissed
PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC
CENTRAL VIOLATIONS BUREAU (SA)
POST OFFICE BOX 740026
ATLANTA, GA 30374-0026

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721

**CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: June 23, 2015    _____
                        U.S. MAGISTRATE JUDGE

Clerk's Office



EDCA-3